WLADYSLAUS SIECZKARSKI, Respondent, v. FRANK DOMBROWSKI, Appellant, Impleaded with Another.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LOUIS M. SPAULDING, Respondent, v. LEGRAND S. WHEDON, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HOWARD T. SAPERSTON, as Trustee in Bankruptcy of WOODWARD MOTOR COMPANY, INC., Appellant, v. NATIONAL BOND AND INVESTMENT COMPANY, Respondent.— Judgment and order reversed on the law and facts, with costs, and judgment directed in favor of plaintiff for $5,686.55, with interest from July 29, 1925, with costs, upon the ground that the finding that the defendant did not have reasonable ground to believe that the Woodward Motor Company, Inc., was insolvent at the time the bill of sale in question was made, and that defendant did not have reasonable ground to believe that the enforcement of the transfer would effect a preference in violation of subdivision " b " of section 60 of the National Bankruptcy Act,* is contrary to and against the weight of the evidence, and the property transferred by the bill of sale was not the money or traceable to the money stolen. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GEORGE A. HAHN, Respondent, v. GIBLIN & COMPANY, Appellant.— Judgment and order modified by reducing the amount of the recovery from $236.25 to $196.25 and as so modified affirmed, with costs to respondent. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ROCHESTER YACHT CLUB COMPANY, Appellant, v. ROCHESTER BOAT WORKS, INC., and Others, Respondents.— Judgment so far as appealed from affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GEORGE J. ADAMS, PETER BRASSER and STANLEY W. PRATT, Appellants, v. CLARENCE D. VAN ZANDT, Individually and as Mayor, etc., and Others, Respondents.— Judgment affirmed, with costs, on the authority of Whitmore, Rauber & Vicinus v. Edgerton (167 App. Div. 960, affg. 87 Misc. 216). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE NATIONAL BANK OF ROCHESTER, Respondent, v. M. S. STROME COMPANY and Others, Defendants. ARTHUR B. REDDINGTON and Others, Appellants.— Judgment so far as appealed from affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

ROSE KALB, Respondent, v. YELLOW CAB CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

* See 30 U. S. Stat. at Large, 562, § 60, subd. b, as amd. by 36 id. 842, § 11; now United States Code, tit. 11, § 96, subd. ⁋.— [REP.